# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

January 13, 2021

**To:**     Roger A. G. Sharpe
District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 21-1073
>
> Caption:
> DUSTIN J. HIGGS,
> Petitioner - Appellant
>
> v.
>
> T. J. WATSON, Warden,
> Respondent - Appellee
>
> District Court No: 2:20-cv-00665-JPH-DLP
> Clerk/Agency Rep Roger A. G. Sharpe
> District Judge James P. Hanlon
>
> Date NOA filed in District Court: 01/13/2021

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)