# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

January 14, 2021

*By the Court:*

| No. 21-1073 | DUSTIN J. HIGGS,<br>Petitioner - Appellant<br><br>v.<br><br>T. J. WATSON, Warden,<br>Respondent - Appellee |
| --- | --- |
| **Originating Case Information:** | |
| District Court No: 2:20-cv-00665-JPH-DLP<br>Southern District of Indiana, Terre Haute Division<br>District Judge James P. Hanlon | |

This appeal seeks review a district court order denying a stay of an execution scheduled for January 15, 2021.

**IT IS ORDERED** that any motions which the parties wish to file in this matter must be filed by no later than 5:00 pm on Thursday January 14, 2021.

form name: **c7_Order_BTC**(form ID: **178**)