**IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

_____
                                                        )
DUSTIN HIGGS,                                           )        Appeal No. 21-1073
                                                        )
              Petitioner-Appellant,                     )
                                                        )        **DEATH PENALTY CASE**
       v.                                               )
                                                        )        *EXECUTION SCHEDULED
T.J. WATSON, Warden,                                    )        FOR JANUARY 15, 2021*
Federal Correctional Complex, Terre Haute,              )
                                                        )
              Respondent-Appellee.                      )
_____        )

## APPELLANT'S MOTION FOR LEAVE TO EXCEED WORD LIMIT

Appellant Dustin Higgs, by and through undersigned counsel, hereby moves this Court

for leave to exceed the word limit (specified by Fed. R. App. P. 27(d)) in his concurrently filed

Emergency Motion to Stay Execution Pending Disposition of Appeal. In support of his Motion,

Appellant states as follows:

1.     Mr. Higgs is scheduled to be executed tomorrow, January 15, 2021, pursuant to

convictions and death sentences rendered by the United States District Court for the District of

Maryland, for his role in the murders of Tanji Jackson, Tamika Black, and Mishann Chinn.

2.     On December 23, 2020, Mr. Higgs filed a Second Amended Petition for Writ of

Habeas Corpus Pursuant to 28 U.S.C. § 2241 in the United States District Court for the Southern

District of Indiana, which was accompanied by a Motion to Stay Execution pending resolution of

the § 2241 Petition. *See* ECF Nos. 15 & 17, *Higgs v. Watson*, No. 2:20-cv-00665-JPH-DLP (S.D.

Ind. Jan. 12, 2021).

3. On January 12, 2021, the district court denied Mr. Higgs's Motion to Stay Execution. *See id.* at ECF No. 21. On January 13, 2021, Mr. Higgs filed his Notice of Appeal (*id.* at ECF No. 24), and on that same day, this Court set February 22, 2021, as the deadline for Mr. Higgs's opening brief. *See* ECF No. 1, *Higgs v. Watson*, No. 21-1073 (7th Cir. Jan. 13, 2021).

4. Mr. Higgs's appeal presents a question of first impression to this Court concerning a federal prisoner's right to some avenue of relief for government suppression of exculpatory *Brady* evidence, not only during trial or direct appeal, but beyond the conclusion of § 2255 proceedings. *See* Emergency Motion for Stay of Execution (filed concurrently herewith).

5. Because Mr. Higgs's appeal presents novel questions regarding the reach of 28 U.S.C. § 2255(e)'s savings clause, as well as a fact-intensive claim concerning the Government's violation of *Brady v. Maryland,* he respectfully requests permission to exceed the limit of 5200 words, prescribed by Fed. R. App. P. 27(d), in this Emergency Motion for Stay of Execution.

6. The need to exceed the word limit applies to Mr. Higgs's case with particular force because the Court, owing to a compressed timetable, will not have the benefit of full briefing on these issues before Mr. Higgs's scheduled execution tomorrow.

7. Mr. Higgs has made every effort to prepare as brief a motion as possible, while at the same time providing this Court with the level of analysis that it (and this case, which may imminently result in Mr. Higgs's execution) deserves. Mr. Higgs's efforts have resulted in a 9,398 word Emergency Motion for Stay of Execution.

WHEREFORE, Appellant Higgs respectfully requests that this Court grant his Motion and give Appellant leave to exceed Fed. R. App. P. 27(d)'s word limit in his Emergency Motion for Stay of Execution Pending Disposition of Appeal, and allow him to file a motion of 9,398 words.

Respectfully submitted,

/s/ Matthew C. Lawry
Matthew C. Lawry
Federal Community Defender Office
 for the Eastern District of Pennsylvania
The Curtis, Suite 545-West
601 Walnut Street
Philadelphia, PA 19106
215-928-0520
Matthew_Lawry@fd.org

January 14, 2021

**CERTIFICATE OF SERVICE**

I, Matthew C. Lawry, hereby certify that on this 14th day of January, 2021, the

foregoing was filed electronically through ECF/CM. Notice of this filing will be sent to

the following parties by operation of the Court's electronic filing system. Parties may

access this filing through the Court's system:

Ellen Nazmy
Sandra Wilkinson
Assistant United States Attorneys
Office of the United States Attorney
36 S. Charles Street, 4th Floor
Baltimore, MD 21201


/s/ Matthew C. Lawry
Matthew C. Lawry