# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

January 14, 2021

*By the Court:*

| | |
|---|---|
| No. 21-1073 | DUSTIN J. HIGGS,<br>Petitioner - Appellant<br><br>v.<br><br>T. J. WATSON, Warden,<br>Respondent - Appellee |

**Originating Case Information:**

District Court No: 2:20-cv-00665-JPH-DLP
Southern District of Indiana, Terre Haute Division
District Judge James P. Hanlon

Upon consideration of the **APPELLANT'S EMERGENCY MOTION TO STAY EXECUTION PENDING DISPOSITION OF APPEAL**, filed on January 14, 2021, by counsel for the appellant,

**IT IS ORDERED** that the government file a response to the motion by no later than 8:00 a.m. and the appellant shall file a reply, if any, by no later than 9:30 a.m.

form name: **c7_Order_BTC**(form ID: **178**)